RED BEND SOFTWARE, INC. and Red Bend, Ltd., Plaintiffs–Appellants,

v.

GOOGLE INC., Defendant–Appellee.

No. 2011–1375.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2012.

Before DYK, SCHALL, and MOORE, Circuit Judges.

*ORDER*

IT IS ORDERED THAT:

The May 2, 2011, Final Judgment of the United States District Court for the District of Massachusetts in *Red Bend Ltd. v. Google Inc.,* No. 09–CV–11813, ECF No. 136, is affirmed. The appeal of the district court's denial of Red Bend Software's motion for a preliminary injunction, *Red Bend Ltd. v. Google Inc.,* No. 09–CV–11813, 2011 WL 1288503 (D.Mass. Mar. 31, 2011), ECF No. 130, is dismissed as moot.

FASTLINKS, INC., Appellant,

v.

John McHUGH, Secretary of the Army, Appellee.

No. 2011–1571.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2012.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.